```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   MOLO DESIGN, LTD.,                                  :
                                      Plaintiff,     :
                     -against-                               :     21-CV-1578 (VEC)
   CHANEL, INC.,                                           :     ORDER
                                   Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a telephonic conference was held on March 3, 2022;

       IT IS HEREBY ORDERED that Plaintiff must submit a letter motion of no more than 4 pages in length by **March 9, 2022**, explaining why Defendant should be required to produce documents from its parent company, Chanel Paris.  Defendant's opposition of no more than 4 pages in length is due by **March 16, 2022**.  Plaintiff's reply, limited to 1 page, is due by **March 18, 2022**.

       IT IS FURTHER ORDERED that Defendant must determine what would be involved in providing Plaintiff with a snapshot of all Defendant's Microsoft Teams channels.  If feasible and if the cost is reasonable, Defendant is directed to produce such a snapshot; if not, Defendant is directed to inform the Court by filing a letter via ECF.

**SO ORDERED.**

Date: March 3, 2022                                    _____
       New York, New York                              **VALERIE CAPRONI**
                                                             **United States District Judge**