UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOLO DESIGN, LTD., <br><br>       Plaintiff(s), <br><br>    v. <br><br>CHANEL, INC., <br><br>       Defendant(s). | 21-CV-1578 (DEH) <br><br>**ORDER** |

DALE E. HO, United States District Judge:

 Given the narrowing of patent claims at issue, counsel are hereby ORDERED to file the following supplemental materials, pursuant to Local Patent Rule 11.

 The parties' amended joint disputed claims chart shall be due by **November 8, 2023**.

 Each party shall file a supplemental opening claim construction brief by **November 22, 2023**. Per the parties' joint letter (ECF No. 82), briefing shall be limited to five (5) pages.

 Each party shall file a supplemental responsive brief by **December 8, 2023**. Per the parties' joint letter (ECF No. 82), briefing shall be limited to three (3) pages.

 Unless the Court holds otherwise, the Claim Construction Hearing shall take place on **January 18, 2024 at 2:30 p.m. (E.T.)**. The Hearing will take place in Courtroom 905 of the Thurgood Marshall United States Courthouse (40 Foley Square, New York, NY 10007). The Parties shall additionally be prepared to discuss and finalize the Proposed Case Management Plan (ECF No. 81) at the hearing.

 SO ORDERED.

Dated: November 1, 2023
       New York, New York

_____
DALE E. HO
United States District Judge