UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOLO DESIGN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHANEL INC., <br><br> Defendant. | 21-CV-1578 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

On June 12, 2024, the Court ordered Molo to file its proposed amended complaint within one week and ordered the parties to jointly file an amended proposed case management plan and scheduling order within two weeks of that filing. *See* ECF No. 117. The Court is now in receipt of the parties' status letter and two proposed scheduling orders. *See* ECF No. 129.

Given that Defendants Chanel, Inc. and Procedes Chenel have not yet been served in this action, *see id.*, it is hereby ORDERED that the parties' deadline to submit a joint case management plan and scheduling order is ADJOURNED. The parties shall confer and submit a proposed amended schedule no later than **three weeks** after service of the last defendant.

SO ORDERED.

Dated: July 8, 2024
New York, New York

_____
DALE E. HO
United States District Judge