IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOLO DESIGN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHANEL, INC., CHANEL SAS, and PROCEDES CHENEL INT'L <br><br> Defendants. | Civil Action No. 1:21-cv-01578-DEH <br><br> **ORDER** |

Before the Court in the above-referenced case is the parties' Joint Stipulation of Dismissal filed December 5, 2024. The parties request that the Court dismiss Plaintiff's claims against Defendants and Defendants' claims against Plaintiff, with prejudice. Having reviewed the Joint Stipulation and case file,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal filed December 5, 2024 is GRANTED.

IT IS FURTHER ORDERED that Plaintiff Molo Design, Ltd.'s claims against Defendants Chanel, Inc., Chanel SAS, and Procédés Chenel Int'l and Defendants Chanel, Inc., Chanel SAS, and Procédés Chenel Int'l's claims against Plaintiff Molo Design, Ltd. are DISMISSED WITH PREJUDICE with all attorney's fees, costs of court, and expenses borne by the party incurring same.

Dated: December 6, 2024
New York, New York

_____
HONORABLE DALE E. HO
United States District Judge